FILED
RICHARD W. NAGEL
CLERK OF COURT

2022 NOV 30 PM 3: 51

U.S. DISTRICT COURT
SOUTHERN DIST OHIO
WEST DIV CINCINNATI

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>TAVIYON BROUSSARD,<br><br>Defendant. | CASE NO. **1122 CR 100**<br><br>JUDGE **J. BARRETT**<br><br>**INDICTMENT**<br><br>18 U.S.C. § 922(o)<br><br>**FORFEITURE ALLEGATION** |

**THE GRAND JURY CHARGES:**

### COUNT 1
### (Illegal Possession of a Machinegun)

On or about November 8, 2022, in the Southern District of Ohio, the defendant, **TAVIYON BROUSSARD**, did knowingly possess a machinegun, as defined in 18 U.S.C. § 921(a)(23), that is, a Glock Model 26 Gen 5 9 millimeter semi-automatic firearm modified to fire automatically more than one shot without manual reloading by a single function of the trigger.

**In violation of Title 18, United States Code, Sections 922(o), 921(a)(23), and 924(a)(2).**

### FORFEITURE ALLEGATION

Upon conviction of the offense set forth in Count 1 of this Indictment, the defendant, **TAVIYON BROUSSARD**, shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in or used in such violation, including but not limited to:

- a Glock Model 26 Gen 5 9 millimeter semi-automatic firearm bearing serial number ADNC620 with any attachments;

- a machinegun conversion device comprising a 3D printed polymer replacement Glock slide cover plate; and

- approximately thirty-three rounds of 9 millimeter ammunition.

A TRUE BILL

/s/
GRAND JURY FOREPERSON

KENNETH L. PARKER
UNITED STATES ATTORNEY

*Ashley N. Brucato*
ASHLEY N. BRUCATO
ASSISTANT UNITED STATES ATTORNEY

EG